# ELECTRONIC RECORD

COA #14-13-01043-CR

OFFENSE: Indecency with a Child

STYLE: Tony Merlos v The State of Texas

COUNTY: Austin

COA DISPOSITION: Affirmed

TRIAL COURT: 155th District Court

DATE: November 25, 2014   Publish: No

TC CASE #:2011R-0105

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Tony Merlos v The State of Texas

CCA # _____

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___03/18/2015___

JUDGE: ___Per Curiam___

CCA Disposition: ___032-15___

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**